WELLS ET AL., APPELLEES, *v.* FRIEND ET AL., APPELLANTS.

(No. 1991—Decided December 1, 1948.)

*Messrs. Harshman & Young* and *Mr. Mason Douglass,* for the motion.
*Messrs. Beigel & Mahrt,* contra.

BY THE COURT. This appeal is submitted on motion ·of plaintiffs, appellees herein, to dismiss the appeal for failure to file assignments of error and brief with-·in 50 days after filing notice of intention to appeal on ·questions of law, as required by Rule VII of the Courts ·of Appeals.

The motion to dismiss is supported by the record ·and it is hereby sustained.

*Motion sustained.*

WISEMAN, P. J., MILLER and HORNBECK, JJ., concur.